

Jerry J. Jarzombek
301 Commerce Street, Suite 2900
Fort Worth, Texas 76102
817-348-8325
817-348-8328 Facsimile
*jerryjj@airmail.net*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| DOROTHY J. HAIGHT, | § | Civil Action No. |
| | § | |
| Plaintiff, | § | **418-CV-590-0** |
| | § | |
| vs. | § | **COMPLAINT** |
| | § | **and** |
| B. EUGENE NEWSOM and NATIONAL | § | **DEMAND FOR JURY TRIAL** |
| JUDGMENT RECOVERY CENTER, L.P., | § | |
| | § | |
| Defendants. | § | |
| | § | (Unlawful Debt Collection Practices) |

### Preliminary Statement

1.    Plaintiff, Dorothy J. Haight ("Haight") brings this action under the Fair Debt

Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), as well as under the Texas Debt

Collection Act, Tex. Finance Code § 392.001, et seq. ("TDCA") and the Texas Deceptive Trade

Practices Act, Subchapter E, Chapter 17, Business & Commerce Code ("DTPA"), to obtain statutory

damages, actual damages, injunctive relief, declaratory relief, and other relief for the Defendants'

violations of the FDCPA, the TDCA and the DTPA.

2.    Defendant, B. Eugene Newsom ("Newsom") attempted to collect a consumer debt

allegedly owed by Plaintiff, arising from a judgment obtained by Unifund CCR Partners and

purportedly sold to National Judgment Recovery Center, L.P. ("NJRC"). The obligation underlying the judgment ("Debt") required Plaintiff to pay money arising out of transactions in which money, property, insurance or services were the subject thereof, and the same were primarily for personal, family, or household purposes. Specifically, the alleged debt arose from an alleged default of an account which would have been used by the Plaintiff for non-business purposes. NJRC claims to have acquired a judgment, which was obtained long after this consumer debt was in default.

3.      Defendant, National Judgment Recovery Center, L.P. ("NJRC") attempted to collect a consumer debt allegedly owed by Plaintiff, arising from a judgment obtained by Unifund CCR Partners and purportedly sold to NJRC. The obligation underlying the judgment ("Debt") required Plaintiff to pay money arising out of transactions in which money, property, insurance or services were the subject thereof, and the same were primarily for personal, family, or household purposes. Specifically, the alleged debt arose from an alleged default of an account which would have been used by the Plaintiff for non-business purposes. NJRC claims to have acquired a judgment, which was obtained long after this consumer debt was in default.

### Jurisdiction and Venue

4.      Jurisdiction of this Court attains pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331 and 1337(a), and the doctrine of supplemental jurisdiction for the TDCA and DTPA claims pursuant to 28 U.S.C. § 1367.

5.      Venue in the Northern District of Texas is proper under 28 U.S.C. § 1391(b)-(c) and because the acts and transactions occurred here and the Defendants transact business here.

## Parties

6.      Plaintiff is a citizen of the State of Texas.  Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3) and Texas Finance Code § 392.001(1).

7.      Newsom is an individual who maintains an office in Houston, Texas and  is engaged in the business of collecting consumer debts in the Northern District of Texas as well as other Districts in Texas.  The principal purpose of Newsom's business is the collection of consumer debts using the mails and telephone, and he regularly attempts to collect consumer debts for others. Newsom is a "debt collector" as defined by 15 U.S.C. § 1692a(6) and TEX. FIN. CODE § 392.001(6). Newsom is also a "third-party debt collector" as defined by TEX. FIN. CODE § 392.001(7).  Newsom may be served at his usual place of business, 3346 East TC Jester Blvd., F4; Houston, Texas 77018 or wherever he may be found.

8.      NJRC is a Texas limited partnership engaged in the business of collecting consumer debts in the Northern District of Texas as well as other Districts in Texas.  The principal purpose of NJRC's business is the collection of consumer debts which it has acquired after default, usually in the form of judgments arising from defaulted consumer debt. NJRC does not extend credit to any of the consumers whose debt it acquires.  Rather, the sole purpose of the acquisition of these judgments arising from defaulted consumer debts is their collection for a profit.  NJRC is a "debt collector" as defined by 15 U.S.C. § 1692a(6) and TEX. FIN. CODE § 392.001(6).  NJRC is also a "third-party debt collector" as defined by TEX. FIN. CODE § 392.001(7).  NJRC may be served through its registered agent, Patrick O'Connor, at his place of employment at 2200 North Loop West, Suite 200; Houston, Texas 77018 or wherever he may be found.

**Factual Allegations**

9.     On or about February 14, 2018, NJRC filed an Application and Affidavit for a Post-Judgment Writ of Garnishment in the County Court at Law of Rockwall County, Texas.

10.     On March 30, 2018, Plaintiff (through counsel) filed a Motion to Dissolve Writ of Garnishment. A true and correct copy of the electronic filing receipt is attached hereto as Exhibit A. Exhibit A indicates that the Motion to Dissolve the Writ was served on NJRC through Newsom on March 30, 2018, and that he opened the electronic filing the same day.

11.     On April 6, 2018, a notice of the hearing on the Motion to Dissolve was provided to Newsome. A true and correct copy of the notice and the electronic filing receipt is attached hereto as Exhibit B. Exhibit B indicates that the notice of hearing was served on NJRC through Newsom on April 6, 2018, and that he opened the electronic filing the same day.

12.     On April 9, 2018, a notice regarding the rescheduling of the hearing on the Motion to Dissolve was provided to Newsome. A true and correct copy of the notice and the electronic filing receipt is attached hereto as Exhibit C. Exhibit C indicates that the notice regarding the rescheduling of the hearing was served on NJRC through Newsom on April 9, 2018, and that he opened the electronic filing on April 25, 2018.

13.     On April 24, 2018, Newsom sent an email to Plaintiff's counsel, and attached a response to the Motion to Dissolve on behalf of NJRC. A true and correct copy of the email (less the attached response) is attached hereto as Exhibit D.

14.     On April 30, 2018, the County Court at Law of Rockwall County, Texas denied the Motion to Dissolve.

15. On May 25, 2018, Newsom, on behalf of NJRC, sent a Notice of Garnishment directly to Plaintiff. A true and correct copy of the Notice and the envelope that contained the Notice are attached hereto as Exhibit E. The Notice contained in Exhibit E was sent to Plaintiff at a time when she was represented by counsel. The Notice also advised Plaintiff that she could file a motion to dissolve the writ; however, that motion was denied almost a month prior to the date the Notice was mailed. A copy to the Writ of Garnishment, the application, and the supporting affidavit were also sent with Notice contained in envelope that is part of Exhibit E.

16. This communication raised concerns in the mind of the Plaintiff that her lawyer had failed to file a Motion to Dissolve. The communication and caused confusion and misunderstanding as to whether the consumer's attorney was neglecting or ignoring the pending proceedings in the County Court at Law of Rockwall County, Texas, or had failed to file a Motion to Dissolve the Writ of Garnishment as counsel had represented to his client. The communication caused confusion and misunderstanding as to whether a motion to dissolve could still be filed.

17. One of the purposes of § 1692c(a)(2) is to provide a legal buffer for the consumer and "[a] debtor who does not want to be pestered by demands for payment, settlement proposals, and so on, need only tell his lawyer not to relay them." *Bravo v. Midland Credit Mgmt., Inc.,* 812 F.3d 599, 602 (7th Cir. 2016). "Specifically, it appears that Congress viewed attorneys as intermediaries able to bear the brunt of overreaching debt collection practices from which debtors and their loved ones should be protected. ... The rationale behind this rule is clear. Unsophisticated consumers are easily bullied and misled. Trained attorneys are not." *Guerrero v. RJM Acquisitions, LLC,* 499 F.3d 926, 935 (9th Cir. 2007).

18.     Newsom on behalf of NJRC, sought to have judgment entered on the Writ of Garnishment.  On June 5, 2018, Newsom on behalf of NJRC, sent a Notice of hearing for entry of judgment directly to Plaintiff.  A true and correct copy of the Notice is attached hereto as Exhibit F.

19.     The foregoing acts and omissions as described above were undertaken by Newsom who is an agent and representative of NJRC, who at all times relevant to the facts alleged in this Complaint was an agent and/or representative of NJRC, and was acting within the course and scope of his employment as an agent and/or representative of NJRC at all times relevant to this matter.

20.     The actions of Newsom are imputed to NJRC, as they are both "debt collectors" as defined by 15 U.S.C. § 1692a(6) and TEX. FIN. CODE § 392.001(6); and each is also a "third-party debt collector" as defined by TEX. FIN. CODE § 392.001(7).

21.     The foregoing acts and omissions of the Defendants were undertaken by them willfully, intentionally, knowingly, and/or in gross disregard for the rights of the Plaintiff.

22.     The foregoing acts and omissions of the Defendants were undertaken indiscriminately and persistently, as part of their regular and routine collection efforts, and without regard to or consideration of the rights of the Plaintiff.

### First Claim for Relief

23.     The Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs. The Defendants' violations of the FDCPA include, but are not limited to the a. following:

      a.     In violation of 15 U.S.C. § 1692d, the Defendants engaged in conduct the natural consequence of which was to harass, oppress, or abuse a person in connection with the collection of a debt, which conduct included sending communications in connection with the collection of a consumer debt directly to a consumer represented by an attorney; misrepresenting the availability of a motion to dissolve a writ of garnishment;  and causing confusion and

misunderstanding as to whether the consumer's attorney was neglecting or ignoring the pending proceedings in the County Court at Law of Rockwall County, Texas, or had failed to file a Motion to Dissolve the Writ of Garnishment as counsel had represented to his client.

b.    In violation of 15 U.S.C. 1692c(a)2, the Defendant communicated with the Plaintiff in connection with the collection of a consumer debt after learning that the Plaintiff was represented by an attorney and knew, or could readily ascertain, the attorney's name and address.

c.    In violation of 15 U.S.C. § 1692e(2)(a), 15 U.S.C. § 1692e(10) and the "least sophisticated consumer standard", the Defendants used objectively false representations and/or false, deceptive or misleading representations or means in connection with the collection of a consumer debt. Specifically, the May 25, 2018 falsely advised Plaintiff that she could seek to replevy the funds in her credit union account, or file a motion to dissolve the writ of garnishment, at a time when Plaintiff's Motion to Dissolve had already been denied by the County Court at Law of Rockwall County, Texas.

d.    In violation of 15 U.S.C. § 1692(e)(5) and the "least sophisticated consumer" standard, the Defendants threatened to take an action (and actually took such an action) which cannot legally be taken or that is not intended to be taken. Plaintiff alleges that Defendants did not intend to allow her to file a motion to dissolve the writ of garnishment, at a time when Plaintiff's Motion to Dissolve had already been denied by the County Court at Law of Rockwall County, Texas.

24.    Under 15 USC § 1692k, the Defendants' violations of the FDCPA render them jointly and severally liable to Plaintiff for statutory damages, actual damages, costs, and reasonable attorney's fees.

### Second Claim for Relief

25.    The Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs. The Defendants' violations of the TDCA include, but are not limited to the following:

a.    In violation of TEX. FIN. CODE § 392.301(a)(8), Defendants threatened to take (and/or did take) an action prohibited by law.

      b.     In violation of TEX. FIN. CODE § 392.302(1), Defendants used language intended to abuse the reader.

      c.     In violation of TEX. FIN. CODE § 392.304(a)(19), Defendant used false representations and deceptive means to collect a consumer debt.

26.    Under TEX. FIN. CODE ANN. § 392.403, the Defendants' violations of the TDCA render them jointly and severally liable to Plaintiff for actual damages, statutory damages, injunctive relief, declaratory relief, costs, and reasonable attorney's fees.

27.    Plaintiff seeks injunctive relief, to enjoin Defendants from making false representations to consumers as to the viability of remedies that are unavailable due to an order of the trial court that has not been vacated; and from communicating directly with consumers in connection with the collection of a consumer debt, when a consumer is represented by counsel.

## Third Claim for Relief

28.    The Plaintiff repeats, realleges and incorporates by reference the foregoing paragraphs.

      a.     Pursuant to TEX. FIN. CODE ANN. § 392.404, the Defendants' violations of the TDCA also constitute a deceptive trade practice under Subchapter E, Chapter 17, Business & Commerce Code ("DTPA"), and is actionable under that subchapter.

29.    Under TEX. BUS. & COM. CODE ANN. § 17.50(b)(2), the Defendants' violations of the DTPA render them jointly and severally liable to Plaintiff for injunctive relief, and reasonable attorney's fees. Specifically, Plaintiff seeks to enjoin Defendants from making false representations to consumers as to the viability of remedies that are unavailable due to an order of the trial court that has not been vacated; and from communicating directly with consumers in connection with the collection of a consumer debt, when a consumer is represented by counsel.

## Prayer for Relief

WHEREFORE, the Plaintiff prays that this Court:

1.    Declare that Defendants' actions violate the FDCPA, the TDCA and the DPTA.

2.    Enjoin the Defendants' actions which violate the TDCA and the DTPA.

3.    Enter judgment in favor of Plaintiff and against Defendants for actual damages, statutory damages, costs, and reasonable attorneys' fees as provided by 15 U.S.C. § 1692k(a) and/or TEX. FIN. CODE ANN. § 392.403 and/or Tex. Bus. & Com. Code § 17.50(d).

4.    Grant such further relief as deemed just.

Respectfully submitted,

Jerry J. Jarzombek
Texas Bar No. 10589050
301 Commerce Street, Suite 2900
Fort Worth, Texas 76102
817-348-8325
817-348-8328 Facsimile
*jerryjj@airmail.net*

ATTORNEY FOR PLAINTIFF

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury in this action.

Respectfully submitted,

Jerry J. Jarzombek
Texas Bar No. 10589050
301 Commerce Street, Suite 2900
Fort Worth, Texas 76102
817-348-8325
817-348-8328 Facsimile
*jerryjj@airmail.net*

ATTORNEY FOR PLAINTIFF

# Exhibit A

## Case # 1-18-0173 - NATIONAL JUDGMENT RECOVERY CENTER, L.P. AS A...

## Envelope Information

**Envelope Id**
23547388

**Submitted Date**
3/30/2018 12:17 PM CST

**Submitted User Name**
jerryjj@airmail.net

## Case Information

**Location**
Rockwall County - County Court at Law

**Category**
Civil - Other Civil

**Case Type**
Other Civil

**Case Initiation Date**
2/14/2018

**Case #**
1-18-0173

**Assigned to Judge**
Williams, J. Brian

## Filings

**Filing Type**
EFileAndServe

**Filing Code**
Motion (No Fee)

**Filing Description**
Motion to Dissolve Writ of Garnishment

**Client Reference Number**
Dorothy Haight

**Filing Status**
Accepted

**Accepted Date**
4/3/2018 9:02 AM CST

### Lead Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Motion to Dissolve Writ of Garnishment-filing copy.pdf | Motion to Dissolve Writ of Garnishment-filing copy.pdf | Does not contain sensitive data | Original File<br>Court Copy |

### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Sharon Sjostrom | Blalack & Williams, P.C. | Yes | 4/2/2018 4:39 PM CST |
| Sent | B EUGENE NEWSOM | | Yes | 3/30/2018 1:14 PM CST |
| Sent | Jerry J. Jarzombek | The Law Office of Jerry Jarzombek, PLLC | Yes | 4/2/2018 12:59 PM CST |
| Sent | Admin Jarzombek | The Law Office of Jerry Jarzombek, PLLC | Yes | 4/2/2018 8:33 AM CST |

## Parties with No eService

| Name | Address |
|---|---|
| National Judgment Recovery Center, L.P. as Assignee of Unifund CCR Partners | 3346 East T.C. Jester Houston Texas 77018 |

## Fees

**Motion (No Fee)**

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

| Total Filing Fee | $0.00 |
|---|---|
| | **Envelope Total: $0.00** |

| **Party Responsible for Fees** | Dorothy J. Haight | **Transaction Amount** | $0.00 |
|---|---|---|---|
| **Payment Account** | Jarzombek Card | **Transaction Id** | 36199553 |
| **Filing Attorney** | Jerry Jarzombek | **Order Id** | |
| **Filer Type** | Not Applicable | **Transaction Response** | Authorized |

© 2018 Tyler Technologies
Version: 2017.2.7.7081

# Exhibit B

# THE LAW OFFICE OF JERRY JARZOMBEK, PLLC
## 301 COMMERCE STREET, SUITE 2900
### FORT WORTH, TEXAS 76102

**TELEPHONE: 817-348-8325**             *jerryjj@airmail.net*             **FACSIMILE: 817-348-8328**

April 6, 2018

B. Eugene Newsom                    *Eugene.newsom@gmail.com*
3346 East T.C. Jester Blvd., Suite F-4
Houston, TX 77018

Sharon H. Sjostrom                   *ssjostrom@blalack.com*
4851 LBJ Freeway, Suite 750
Dallas, TX 75244

RE: National Judgment Recovery Center, L.P., Garnishor vs. Dorothy J. Haight, Defendant; Lone Star Credit Union, Garnishee; Cause No. 1-18-0173

Dear Counsel:

Please be advised that a hearing is set on Defendant's Motion to Dissolve Writ of Garnishment on Wednesday, April 25, 2018 at 1:15 p.m., Rockwall County Court at Law, 1111 E. Yellow Jacket Lane, Suite 403, Rockwall.

Thank you for your courtesies.

Sincerely,

*/s/Jerry J. Jarzombek*
Jerry J. Jarzombek

JJJ/dp

cc:     Coordinator
        Rockwall County Court at Law
        1111 E. Yellow Jacket Lane, Suite 403
        Rockwall, TX 75087

***JERRY J. JARZOMBEK – BOARD CERTIFIED***
***CONSUMER AND COMMERCIAL LAW - TEXAS BOARD OF LEGAL SPECIALIZATION***

## Case # 1-18-0173 - NATIONAL JUDGMENT RECOVERY CENTER, L.P. AS A...

### Envelope Information

| Envelope Id | Submitted Date | Submitted User Name |
|---|---|---|
| 23701686 | 4/6/2018 10:45 AM CST | jerryjj@airmail.net |

### Case Information

| Location | Category | Case Type |
|---|---|---|
| Rockwall County - County Court at Law | Civil - Other Civil | Other Civil |

| Case Initiation Date | Case # |
|---|---|
| 2/14/2018 | 1-18-0173 |

**Assigned to Judge**
Williams, J. Brian

### Filings

| Filing Type | Filing Code |
|---|---|
| EFileAndServe | No Fee Document |

**Filing Description**
Letter to Attorneys regarding hearing on 4/25/18 on
Defendant's Motion to Dissolve

**Client Reference Number**
Dorothy Haight

| Filing Status | Accepted Date |
|---|---|
| Accepted | 4/6/2018 11:54 AM CST |

#### Lead Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Attorneys.01 advise 4.25.18-hrg-M-Dissolve.pdf | Attorneys.01 advise 4.25.18-hrg-M-Dissolve.pdf | Does not contain sensitive data | Original File Court Copy |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Jerry J. Jarzombek | The Law Office of Jerry Jarzombek, PLLC | Yes | 4/6/2018 11:38 AM CST |
| Sent | Admin Jarzombek | The Law Office of Jerry Jarzombek, PLLC | Yes | 4/6/2018 11:11 AM CST |
| Sent | Sharon Sjostrom | Blalack & Williams, P.C. | Yes | 4/6/2018 10:48 AM CST |
| Sent | B EUGENE NEWSOM | | Yes | 4/6/2018 2:52 PM CST |

### Parties with No eService

| Name | Address |
|---|---|
| National Judgment Recovery Center, L.P. as Assignee of Unifund CCR Partners | 3346 East T.C. Jester Houston Texas 77018 |

### Fees

**No Fee Document**

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

| | Total Filing Fee | $0.00 |
|---|---|---|
| | **Envelope Total: $0.00** | |

| | | | |
|---|---|---|---|
| **Party Responsible for Fees** | Dorothy J. Haight | **Transaction Amount** | $0.00 |
| **Payment Account** | Jarzombek Card | **Transaction Id** | 36418243 |
| **Filing Attorney** | Jerry Jarzombek | **Order Id** | |
| **Filer Type** | Not Applicable | **Transaction Response** | Authorized |

© 2018 Tyler Technologies
Version: 2017.2.7.7081

# Exhibit C

# THE LAW OFFICE OF JERRY JARZOMBEK, PLLC

## 301 COMMERCE STREET, SUITE 2900
### FORT WORTH, TEXAS 76102

TELEPHONE: 817-348-8325          *jerryjj@airmail.net*          FACSIMILE: 817-348-8328

April 9, 2018

B. Eugene Newsom                    *Eugene.newsom@gmail.com*
3346 East T.C. Jester Blvd., Suite F-4
Houston, TX 77018

Sharon H. Sjostrom                  *ssjostrom@blalack.com*
4851 LBJ Freeway, Suite 750
Dallas, TX 75244

RE: National Judgment Recovery Center, L.P., Garnishor vs. Dorothy J. Haight, Defendant; Lone Star Credit Union, Garnishee; Cause No. 1-18-0173

Dear Counsel:

Please be advised that the hearing set on Defendant's Motion to Dissolve Writ of Garnishment Wednesday, April 25, 2018 at 1:15 p.m., is rescheduled to Thursday, April 26, 2018 at 2:30 p.m., Rockwall County Court at Law, 1111 E. Yellow Jacket Lane, Suite 403, Rockwall.

Thank you for your courtesies.

Sincerely,

*/s/Jerry J. Jarzombek*
Jerry J. Jarzombek

JJJ/dp

cc:    Coordinator
       Rockwall County Court at Law
       1111 E. Yellow Jacket Lane, Suite 403
       Rockwall, TX 75087

*JERRY J. JARZOMBEK – BOARD CERTIFIED*
*CONSUMER AND COMMERCIAL LAW - TEXAS BOARD OF LEGAL SPECIALIZATION*

## Case # 1-18-0173 - NATIONAL JUDGMENT RECOVERY CENTER, L.P. AS A...

## Envelope Information

| **Envelope Id** | **Submitted Date** | **Submitted User Name** |
|---|---|---|
| 23733897 | 4/9/2018 9:58 AM CST | jerryjj@airmail.net |

## Case Information

| **Location** | **Category** | **Case Type** |
|---|---|---|
| Rockwall County - County Court at Law | Civil - Other Civil | Other Civil |

| **Case Initiation Date** | **Case #** |
|---|---|
| 2/14/2018 | 1-18-0173 |

**Assigned to Judge**
Williams, J. Brian

## Filings

| **Filing Type** | **Filing Code** |
|---|---|
| EFileAndServe | No Fee Document |

**Filing Description**
Letter to attorneys regarding hearing on 4-26-18 on
Defendant's Motion to Dissolve

**Client Reference Number**
Dorothy Haight

| **Filing Status** | **Accepted Date** |
|---|---|
| Accepted | 4/9/2018 12:20 PM CST |

### Lead Document

| **File Name** | **Description** | **Security** | **Download** |
|---|---|---|---|
| Attorneys.02 advise4.26.18-hrg-M-Dissolve Writ.pdf | Attorneys.02 advise4.26.18-hrg-M-Dissolve Writ.pdf | Does not contain sensitive data | Original File<br>Court Copy |

### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Jerry J. Jarzombek | The Law Office of Jerry Jarzombek, PLLC | Yes | 4/9/2018 1:14 PM CST |
| Sent | Admin Jarzombek | The Law Office of Jerry Jarzombek, PLLC | Yes | 4/9/2018 11:24 AM CST |
| Sent | Sharon Sjostrom | Blalack & Williams, P.C. | Yes | Not Opened |
| Sent | B EUGENE NEWSOM | | Yes | 4/25/2018 9:13 AM CST |

## Parties with No eService

| **Name** | **Address** |
|---|---|
| National Judgment Recovery Center, L.P. as Assignee of Unifund CCR Partners | 3346 East T.C. Jester Houston Texas 77018 |

## Fees

**No Fee Document**

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| **Filing Total:** | **$0.00** |

| Total Filing Fee | $0.00 |
|---|---|
| **Envelope Total:** | **$0.00** |

| **Party Responsible for Fees** | Dorothy J. Haight | **Transaction Amount** | $0.00 |
|---|---|---|---|
| **Payment Account** | Jarzombek Card | **Transaction Id** | 36462072 |
| **Filing Attorney** | Jerry Jarzombek | **Order Id** | |
| **Filer Type** | Not Applicable | **Transaction Response** | Authorized |

© 2018 Tyler Technologies
Version: 2017.2.7.7081

# Exhibit D

**Jerry J. Jarzombek**

| | |
|---|---|
| **From:** | Eugene Newsom <eugene.newsom@gmail.com> |
| **Sent:** | Tuesday, April 24, 2018 10:08 PM |
| **To:** | Jerry J. Jarzombek |
| **Subject:** | Haight, Response to Motion to Dissolve |
| **Attachments:** | Haight Response to Motion to Dissolve Garnishment.pdf |

Please see attached.

--
Best Regards,
B. Eugene Newsom
Law Office of Eugene Newsom, PLLC
3346 East TC Jester Blvd, F4
Houston, Texas 77018
(281) 779-2063 Tel
(832) 413-0095 Fax

This message contains Attorney-Client communication and is privileged. Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this message and all, if any, documents included herewith, contains confidential information which is protected by attorney-client, attorney work product, and/or other legal privilege intended for the use of the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action based upon the contents of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender at the above address and delete any electronic or physical record of this transmission.

# Exhibit E

3346 East T.C. Jester, Suite B-23
Houston, Texas 77018

N HOUSTON
TX 772
25 MAY 18
PM 7 L

Dorothy J Houghton
24602 FM RD. 5429
Terrell, TX. 75161

75161-111462

## WRIT OF GARNISHMENT

THE STATE OF TEXAS                      *        ROCKWALL COUNTY
CAUSE NO.1-18-0173                      *        County Court at Law
                                                 ROCKWALL COUNTY, TEXAS

TO: LONE STAR CREDIT UNION, Garnishee, MAY BE SERVED BY SERVING
WAYNE PRICE, ITS REGISTERED AGENT, OR ANY OTHER AUTHORIZED
OFFICER, AT 7508 FERGUSON ROAD, DALLAS, TX 75228

GREETINGS:

WHEREAS, in the County Court at Law of Rockwall County, Texas, in a certain cause
wherein, National Judgment Recovery Center, L.P. as Assignee of Unifund CCR
Partners, Plaintiff(s) Vs. Garnishee, And Dorothy J. Haight Defendant(s) Debtor, the
Plaintiff(s) claiming an indebtedness against the said Dorothy J. Haight in the amount of
$12,954.39, PRE-JUDGMENT INTEREST AT A RATE OF 6% IN THE AMOUNT
OF $3,459.19; ATTORNEY FEES IN THE AMOUNT OF $1,500.00 AND ALL
COST OF COURT AND SERVICE FEES; NATIONAL JUDGMENT
RECOVERY CENTER, L.P. AS ASSIGNEE OF UNIFUND CCR PARTNERS; has
applied for a writ of garnishment against you, therefore you are hereby commanded to be
and appear before said Court at Rockwall, Texas in said county at 10 o'clock a.m. on the
Monday next after the expiration of twenty days from the date of service hereof then and
there to answer upon oath what, if anything, you are indebted to the said Dorothy J.
Haight you have in your possession, and had when this writ was served, and what other
persons, if any, within your knowledge, are indebted to the said Dorothy J. Haight, or
have effects belonging to Dorothy J. Haight in their possession.

You are further commanded NOT to pay to Dorothy J. Haight any debt or to deliver to it
any effects, pending further order of this Court.

HEREIN fail not, but make due answer as the law directs.

The officer executing this writ shall promptly serve same according to requirements of
law, and the mandates hereof, and make due return as the law directs.

ISSUED and Given Under My Hand and Seal of Said Court, at Rockwall, Texas, this on
this the 15th day of February, 2018

TO DEFENDANT: Dorothy J Haight
Address Unknown,

You are hereby notified that certain properties alleged to be owned by you have been garnished. If
you claim any rights in such property, you are advised: "YOU HAVE A RIGHT TO REGAIN
POSSESSION BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN
POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE
THIS WRIT".



ATTEST: **Lea Carlson**
**District Clerk of the Court**
**Rockwall County, Texas**

By: *Barbara Timberlake*, Deputy
Barbara Timberlake

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____
o'clock ___.M. and executed on the _____ day of _____, 20___, at
_____ o'clock ___.M., by delivering to _____
the within named GARNISHEE, in person a true copy of this writ.

Fee for executing this writ

$ _____
**Sheriff Harold Eavenson**
**Rockwall County, Texas**

By: _____
Deputy/Constable

## CAUSE NO. 1-18-0173

| | | |
|---|---|---|
| NATIONAL JUDGMENT RECOVERY CENTER, L.P. as Assignee of UNIFUND CCR PARTNERS<br>*Plaintiff,* | § § § § § § § | IN THE COUNTY COURT |
| v. | § § | |
| LONE STAR CREDIT UNION<br>*Garnishee* | § § § | AT LAW |
| DOROTHY J. HAIGHT<br>*Defendant (Debtor).* | § § | ROCKWALL COUNTY, TEXAS |

## NOTICE OF GARNISHMENT

To: **DOROTHY J. HAIGHT,**
    Defendant in Judgment:

You are hereby notified that certain properties alleged to be owned by you have been garnished. If you claim any rights in such property, you are advised:

**"YOU HAVE A RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT."**

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Respectfully submitted,
**LAW OFFICE OF EUGENE NEWSOM, PLLC**

_/s/ B. Eugene Newsom_

B. Eugene Newsom
State Bar No. 24037173
3346 East TC Jester Blvd., Ste. F-4
Houston, Texas 77018
Tel: (888) 316-5877
Fax: (832) 413-0095
E-mail: eugene.newsom@gmail.com
**ATTORNEY FOR PLAINTIFF**

## AFFIDAVIT FOR GARNISHMENT

THE STATE OF TEXAS
COUNTY OF HARRIS

BEFORE ME, the undersigned Notary Public, on this 2nd day of February, 2018 personally appeared Jorge J. Lopez, a person whom I know, or who showed me his Texas Driver's License bearing his photograph. After I administered the oath to him, he swore to the following:

"My name is Jorge J. Lopez. I am the authorized representative for NATIONAL JUDGMENT RECOVERY CENTER, L.P. AS ASSIGNEE OF UNIFUND CCR PARTNERS, the Plaintiff in Garnishment. I am authorized to make this Affidavit and Application for a Post-Judgment Writ of Garnishment. I have personal knowledge of the following facts, and those facts are true and correct.

NATIONAL JUDGMENT RECOVERY CENTER, L.P. AS ASSIGNEE OF UNIFUND CCR PARTNERS owns a judgment against Defendant DOROTHY J. HAIGHT rendered on May 20, 2009. The judgment is valid, subsisting, and remains unsatisfied. A supersedeas bond has not been filed to suspend the execution of this judgment. The sum now due and unpaid on the judgment is $12,954.39, plus attorney's fees in the amount of $1,500.00, prejudgment interest in the amount of $3,459.19, post judgment interest at 05.00%, on the principal, 05.00% on attorney fees, and all costs of court.

Defendant DOROTHY J. HAIGHT does not possess property within the State of Texas which is subject to execution and sufficient to satisfy that judgment. I performed the following search in order to ascertain this fact: TLOxp Report performed through TransUnion Risk and Alternative Data Solutions, Inc. on November 16, 2016, which is an investigative research system that provides information about a person or business from proprietary sources and public records; County Appraisal District search on November 08, 2017, to determine DOROTHY J. HAIGHT does not own any non-exempt property in Texas.

I reviewed the results of this comprehensive search before the filing of the Application for Writ of Garnishment with the Court. This garnishment is not sought to injure the Defendant or the Garnishee. I have reason to believe and do believe the Garnishee has property belonging to the Defendant, or is indebted to the Defendant.

I hereby certify copies of the requisite Notice of Garnishment, the Application for the Writ, and the requested Writ of Garnishment will be served on the Defendant as soon as practicable following the service of the Writ of Garnishment on each Garnishee, in strict compliance with Rule 663a of the Texas Rules of Civil Procedure."

Jorge J. Lopez

SWORN TO AND SUBCRIBED BEFORE ME on this 2nd day of February, 2018.

SARAH RHNEE HARPER
Notary Public, State of Texas
Comm. Expires 01-08-2022
Notary ID 131490839

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

3

4.      Garnishee LONE STAR CREDIT UNION may be served by serving Wayne Price, its registered agent, or any other authorized officer, at 7508 Ferguson Road, Dallas, TX 75228.

## C. PRAYER

PLAINTIFF PRAYS THAT:

1.      A writ of garnishment be issued directed to Garnishee;

2.      Plaintiff be granted judgment against Garnishee for the amount now due on Plaintiff's judgment already rendered against Defendant, together with interest and costs of the suit in the original case and in this garnishment proceeding;

3.      Plaintiff be granted judgment for prejudgment and post-judgment interest at the highest rate allowed by law; and;

4.      Plaintiff is granted all further relief to which Plaintiff may be entitled.

Respectfully submitted,
LAW OFFICE OF EUGENE NEWSOM, PLLC

B. Eugene Newsom
State Bar No. 24037173
3346 East TC Jester Blvd., Ste. F-4
Houston, Texas 77018
Tel: (888) 316-5877
Fax: (832) 413-0095
E-mail: eugene.newsom@gmail.com
ATTORNEY FOR PLAINTIFF

2

Filed: 2/14/2018 2:09 PM
Lee Carlson,
District Clerk
Rockwall County, Texas

Barbara Timberlake
Rockwall County - County Court at Law

CAUSE NO. 1-18-0173

| | | |
|---|---|---|
| NATIONAL JUDGMENT RECOVERY | § | IN THE DISTRICT COURT |
| CENTER, L.P. AS ASSIGNEE OF | § | |
| UNIFUND CCR PARTNERS | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CCL |
| | § | |
| LONE STAR CREDIT UNION | § | XXX2ND JUDICIAL DISTRICT |
| *Garnishee* | § | |
| | § | |
| DOROTHY J. HAIGHT | § | |
| *Defendant (Debtor).* | § | ROCKWALL COUNTY, TEXAS |

## APPLICATION AND AFFIDAVIT FOR A POST-JUDGMENT WRIT OF GARNISHMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES NATIONAL JUDGMENT RECOVERY CENTER, L.P. AS ASSIGNEE OF UNIFUND CCR PARTNERS ("Plaintiff"), and for cause of action files this Application for a Post-Judgment Writ of Garnishment and shows the Court the following:

### A. DISCOVERY CONTROL PLAN

1.     Plaintiff intends that discovery be conducted under Level 3, pursuant to Rule 190.4 of the Texas Rules of Civil Procedure.

### B. PARTIES

2.     Plaintiff is NATIONAL JUDGMENT RECOVERY CENTER, L.P. AS ASSIGNEE OF UNIFUND CCR PARTNERS , doing business in Houston, Harris County, Texas, which hereby applies for a post-judgment writ of garnishment.

3.     On May 20, 2009, this Court entered Final Judgment for the Plaintiff UNIFUND CCR PARTNERS against the Defendant DOROTHY J. HAIGHT in Cause Number 1-08-550.

1

## CERTIFICATE OF SERVICE

I hereby certify pursuant to Rule 21a that on this the 25th day of May, 2018 a true and correct copy of the foregoing was forwarded by facsimile transmission, regular mail, certified mail, return receipt requested, hand-delivery, and/or by any other method as agreed between the parties to the following:

| | |
|---|---|
| Dorothy J. Haight<br>24062 FM RD 429,<br>Terrell, Texas 75161 | *via Certified Mail No.*<br>7017 3380 0000 6124 2695<br>*Return Receipt Requested*<br>and<br>*First Class U.S. Mail* |

/s/ B. Eugene Newsom

B. Eugene Newsom

# Exhibit F

**CAUSE NO. 1-18-0173**

| | | |
|---|---|---|
| NATIONAL JUDGMENT RECOVERY | § | IN THE DISTRICT COURT |
| CENTER, L.P. as Assignee of | § | |
| UNIFUND CCR PARTNERS | § | |
| *Plaintiff in Judgment,* | § | |
| | § | FILED IN |
| v. | § | COUNTY COURT AT LAW OF |
| | § | ROCKWALL COUNTY, TEXAS |
| LONE STAR CREDIT UNION | § | 382ND JUDICIAL DISTRICT |
| *Garnishee* | § | |
| | § | |
| DOROTHY J. HAIGHT | § | |
| *Defendant in Judgment.* | § | ROCKWALL COUNTY, TEXAS |

## NOTICE OF HEARING

Notice is hereby given that the Plaintiffs, NATIONAL JUDGMENT RECOVERY

CENTER, L.P. as Assignee of UNIFUND CCR PARTNERS Agreed Final Judgment for

Garnishment is set for submission before the Court on 18th day of July, 2018 at

1:15 a.m/p.m.

Respectfully submitted,
**LAW OFFICE OF EUGENE NEWSOM, PLLC**

R. Eugene Newsom
State Bar No. 24037373
3346 East TC Jester Blvd., Ste. F-4
Houston, Texas 77018
Tel: (888) 316-5877
Fax: (832) 413-0095
E-mail: eugene.newsom@gmail.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify pursuant to Rule 21a that on this the 5th day of June, 2018 a true and correct copy of the foregoing was forwarded by facsimile transmission or by any other method as agreed between the parties to the following:

| | |
|---|---|
| Lone Star Credit Union<br>C/O Blalack & Williams<br>4851 LBJ Freeway, Suite 750,<br>Dallas, Texas 75244 | *via e-mail*<br><br>*ssjostrom@blalack.com* |

| | |
|---|---|
| Dorothy J. Haight<br>24062 FM 429,<br>Terrell, Texas 75161 | *via Certified Mail No.*<br>7017 3380 0000 6124 2756<br>*Return Receipt Requested*<br>*And*<br>*First Class U.S. Mail* |

B. Eugene Newsom

JS 44   (Rev. 06/17) - TXND (Rev. 06/17)

**CIVIL COVER SHEET** 4:18-CV-590-0

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Dorothy Haight

**DEFENDANTS**
B. Eugene Newsome and National Judgment Recovery Center, L.P.

**(b)** County of Residence of First Listed Plaintiff   Kaufman
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jerry J. Jarzombek; The Law Office of Jerry Jarzombek, PLLC;
301 Commerce Street, Suite 2900; Fort Worth, TX 76102; 817-348-8325

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1  U.S. Government Plaintiff
☒ 3  Federal Question *(U.S. Government Not a Party)*
❏ 2  U.S. Government Defendant
❏ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*   *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane   ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product   Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | Liability   ❏ 367 Health Care/ | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 320 Assault, Libel &   Pharmaceutical Slander   Personal Injury | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers'   Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted | Liability   ❏ 368 Asbestos Personal | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| Student Loans (Excludes Veterans) | ❏ 340 Marine   Injury Product ❏ 345 Marine Product   Liability | | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | Liability   **PERSONAL PROPERTY** ❏ 350 Motor Vehicle   ❏ 370 Other Fraud | **LABOR** ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** ❏ 861 HIA (1395ff) | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle   ❏ 371 Truth in Lending | ❏ 720 Labor/Management | ❏ 862 Black Lung (923) | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | Product Liability   ❏ 380 Other Personal | Relations | ❏ 863 DIWC/DIWW (405(g)) | ❏ 850 Securities/Commodities/ |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal   Property Damage | ❏ 740 Railway Labor Act | ❏ 864 SSID Title XVI | Exchange |
| ❏ 196 Franchise | Injury   ❏ 385 Property Damage ❏ 362 Personal Injury -   Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 865 RSI (405(g)) | ☒ 890 Other Statutory Actions |
| | Medical Malpractice | ❏ 790 Other Labor Litigation | | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ❏ 791 Employee Retirement | **FEDERAL TAX SUITS** | ❏ 893 Environmental Matters |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights   **Habeas Corpus:** | Income Security Act | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 895 Freedom of Information Act |
| ❏ 220 Foreclosure | ❏ 441 Voting   ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 896 Arbitration |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment   ❏ 510 Motions to Vacate | | | ❏ 899 Administrative Procedure |
| ❏ 240 Torts to Land | ❏ 443 Housing/   Sentence | | | Act/Review or Appeal of |
| ❏ 245 Tort Product Liability | Accommodations   ❏ 530 General | | | Agency Decision |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities -   ❏ 535 Death Penalty | **IMMIGRATION** | | ❏ 950 Constitutionality of |
| | Employment   **Other:** | ❏ 462 Naturalization Application | | State Statutes |
| | ❏ 446 Amer. w/Disabilities -   ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | |
| | Other   ❏ 550 Civil Rights | Actions | | |
| | ❏ 448 Education   ❏ 555 Prison Condition | | | |
| | ❏ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
❏ 2 Removed from State Court
❏ 3 Remanded from Appellate Court
❏ 4 Reinstated or Reopened
❏ 5 Transferred from Another District *(specify)*
❏ 6 Multidistrict Litigation - Transfer
❏ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. 1692 et seq.
Brief description of cause:
Unlawful debt collection

### VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 3,000.00 ←
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ❏ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE   07/19/2018
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse  (Rev. 06/17) - TXND (Rev. 06/17)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

 **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

 **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.